Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com
Attorney for Defendant, LSI Title Agency, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY, | CASE NO. 2:12-cv-00128-KJD-CWH |
| Plaintiff, | |
| v. | **LSI TITLE AGENCY, INC.'S CERTIFICATE OF INTERESTED PARTIES** |
| FIDELITY MORTGAGE OF NEW YORK, etc., et al, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Defendant, LSI Title Agency, Inc. ("LSI"), by and through its counsel of record certifies that the following listed persons, associations, persons, firms, partnerships, corporations or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

LSI, None


There are no other known parties that have a direct, pecuniary interest in the outcome of this case other than the entities listed above.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

This Defendant reserves the right to supplement the above in the event it may be deemed warranted upon further discovery.

DATED: January 26, 2012

               McCarthy & Holthus, LLP

              By: */s/Christopher M. Hunter*
                 Christopher M. Hunter, Esq.
                 Attorneys for Defendant

## CERTIFICATE OF MAILING

I hereby certify that on the 26th day of January, 2012, a true and correct copy of the foregoing Certificated of Interested Parties was forwarded to all parties and counsel as identified on the Court generated Notice of Electronic Filing and by depositing true copies thereof in the United States first class mail at Las Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed as follows:

  Dennis E. Scarberry
  3005 Milton Place
  North Las Vegas, Nevada 89032

    *Ellen McAbee*
    An employee of McCarthy & Holthus, LLP