1  WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
2  Nevada Bar No. 009296
Donna M. Osborn, Esq.
3  Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
4  Las Vegas, NV 89148
5  (702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
6  *Attorneys for Defendant,*
7  *Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

8                    **UNITED STATES DISTRICT COURT**
9                           **DISTRICT OF NEVADA**

10

11 | DENNIS E. SCARBERRY,                          | Case No.:  2:12-cv-00128-KJD-CWH
12 |           Plaintiff,
13 | vs.
14 |
15 | FIDELITY MORTGAGE OF NEW YORK, a
   | Division of Delta Funding Corp.; OCWEN
16 | LOAN SERVICING COMPANY, LLC;
   | MORTGAGE ELECTRONIC
17 | REGISTRATION SYSTEMS (herein MERS);
   | WESTERN PROGRESSIVE, LLC; HSBC
18 | BANK USA, N.A.; CAL-WESTERN
   | RECONVEYANCE CORP.; WELLS FARGO
19 | BANK, NA; RENAISSANCE MORTGAGE
   | ACCEPTANCE CORPORATION; LSI TITLE
20 | AGENCY INC, and DOES 1-50, inclusive.
21
22 |           Defendants.

23                    **CERTIFICATE OF INTERESTED PARTIES**
24

25       Pursuant to Local Rule 7.1-7(b) of the U.S. District Court Rules, the undersigned,
26 DONNA M. OSBORN, ESQ., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of
27 record for Defendants, WELLS FARGO BANK, N.A. and MERS, hereby certifies that there are
28 no other known interested parties other than those disclosed herein in this Certificate.  These

representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: 2b, Jan, 2012.

WRIGHT, FINLAY & ZAK, LLP

/s/Donna M Osborn, Esq.
Donna M. Osborn, Esq.
Nevada Bar No. 6527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I electronically served the foregoing **CERTIFICATE OF INTERESTED PARTIES** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

Dennis E. Scarberry
3005 Milton Pace
North Las Vegas, NV 89032
*Plaintiff in Proper Person*

/s/ ~~Erica Baker~~ Donna Osborn
An Employee of WRIGHT, FINLAY & ZAK, LLP