Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com
Attorney for Defendant, LSI Title Agency, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS E. SCARBERRY, | CASE NO. 2:12-cv-00128-KJD-CWH |
| Plaintiff, | |
| v. | **LSI TITLE AGENCY, INC.'S JOINDER IN MOTION TO DISMISS** |
| FIDELITY MORTGAGE OF NEW YORK, etc., et al, | |
| Defendants. | |

    COMES NOW Defendant, LSI Title Agency, Inc., by and through its counsel of record and files this Joinder in any and all arguments in support of the Motion to Dismiss filed by Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc. on January 26, 2012 as document number 8.

DATED: January 27, 2012

                              McCarthy & Holthus, LLP

                By:    */s/Christopher M. Hunter*
                         Christopher M. Hunter, Esq.
                         Attorneys for Defendant

## CERTIFICATE OF MAILING

I hereby certify that on the 27th day of January, 2012, a true and correct copy of the foregoing Joinder in Motion to Dismiss to Removal was forwarded to all parties and counsel as identified on the Court generated Notice of Electronic Filing and by depositing true copies thereof in the United States first class mail at Las Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed as follows:

Dennis E. Scarberry
3005 Milton Place
North Las Vegas, Nevada 89032

*Ellen McAbee*_____
An employee of McCarthy & Holthus, LLP