Jeffrey S. Allison
Nevada Bar No. 8949
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111/1112 fx

E-Filed on January 31, 2012

Stephanie Cooper-Herdman
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM, LLP
5275 S. Durango Drive
Las Vegas, Nevada 89113
Phone: (702) 435-4175/877-7424 fx
Fax: (702) 877-7424

Attorneys for Defendants OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE, LLC; and HSBC BANK USA, N.A., as Trustee for the registered holders of Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3, erroneously named herein as HSBC BANK USA, NA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY,<br><br>         Plaintiff(s),<br><br>vs.<br><br>FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SERVICES (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, NA; CAL-WESTERN RECONVEYANCE CORP; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC., and DOES 1-50 Inclusive;<br><br>         Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 2:12-cv-00128-KJD-CWH<br><br>HON. KENT J. DAWSON<br><br>**CERTIFICATE OF INTERSTED PARTIES** |

**TO THE CLERK OF THE COURT:**

1

**COMES NOW,** Defendants OCWEN LOAN SERVICING, LLC ("Ocwen");

WESTERN PROGRESSIVE, LLC ("WP"); and HSBC BANK USA, N.A., as Trustee for the

registered holders of Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3,

erroneously named herein as HSBC BANK USA, NA ("HSBC"), said parties collectively

referred to hereafter as "Defendants," by and through counsel of record, and certify that the

following listed persons, associations, persons, firms, partnerships, corporations (including

parent corporations) or other entities (i) have a financial interest in the subject matter in

controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

matter or in a party that could be substantially affected by the outcome of this proceeding:

      1.    HSBC – Defendant

      2.    Ocwen Loan Servicing, LLC – Defendant

      3.    Western Progressive, LLC – Defendant

      4.    Altisource Solutions S.à r.l. – Parent Company

There are no other known parties that have a direct, pecuniary interest in the outcome of

this case other than the entities as listed above.  These representations are made to enable the

Court to evaluate possible disqualification or recusal.  These Defendants reserve the right to

supplement the above in the event it may be deemed warranted upon further discovery.

DATED: January 31, 2012

                                 HOUSER & ALLISON
                                 A Professional Corporation


                                 /s/ Jeffrey S. Allison
                                 Jeffrey S. Allison, Esq.
                                 Attorneys for Defendants
                                 OCWEN LOAN SERVICING, LLC;
                                 WESTERN PROGRESSIVE, LLC; and
                                 HSBC BANK USA, N.A., as Trustee for the
                                 registered holders of Renaissance Equity
                                 Loan Asset-Backed Certificates, Series
                                 2007-3

I:\CIVIL\OCWEN\Scarberry, Dennis\Pldgs\CERTOIP.doc

## CERTIFICATE OF MAILING

I hereby certify that I am over the age of eighteen (18), that I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

**CERTIFICATE OF INTERSTED PARTIES**

By:    X    U.S. Mail

    __    Facsimile transmission
    __    Overnight Mail
    __    Hand and/or Personal Delivery

and addressed to the following:

DENNIS E. SCARBERRY
3005 Milton Place
North Las Vegas, NV 89032
(702) 648-8711
dennisscarberry@cox.net
Plaintiff *In Pro Per*

Robin Prema Wright, Esq.
Donna M. Osborn, Esq.
WRIGHT, FINLAY & ZAK, LLP
5532 South Fort Apache Rd., Ste. 110
Las Vegas, NV 89148
(702) 475-7964
(702) 946-1345 fx
dosborn@wrightlegal.net
Attorneys for Defendants WELLS FARGO BANK, NA and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

Kristin A. Schuler-Hintz, Esq.
Christopher M. Hunter, Esq.
MCCARTHY & HOLTHUS, LLP
9510 W. Sahara, Ste. 110
Las Vegas, NV 89117
(702) 685-0329
(866) 339-5691 fx
khintz@mccarthyholthus.com
Attorneys for Defendant LST TITLE AGENCY, INC.

Dated:  January 31, 2012

_____
An employee of HOUSER & ALLISON, APC

I:\CIVIL\OCWEN\Scarberry, Dennis\Pldgs\CERTOIP.doc

1