1  WRIGHT, FINLAY & ZAK, LLP
   Robin Prema Wright, Esq.
2  Nevada Bar No. 009296
   Donna M. Osborn, Esq.
3  Nevada Bar No. 006527
   5532 South Fort Apache Road, Suite 110
4  Las Vegas, NV 89148
5  (702) 475-7964; Fax: (702) 946-1345
   dosborn@wrightlegal.net
6  *Attorneys for Defendants,*
7  *Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY, | Case No.: 2:12-cv-00128-KJD-CWH |
| Plaintiff, | |
| vs. | |
| FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, N.A.; CAL-WESTERN RECONVEYANCE CORP.; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC, and DOES 1-50, inclusive. | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION TO DEFENDANTS, WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS**

Defendants, WELLS FARGO BANK, N.A.(hereinafter "Wells Fargo") and Mortgage Electronic Registration Systems, Inc. (hereinafter "MERS"), by and through their counsel of record ROBIN PREMA WRIGHT, ESQ. and DONNA M. OSBORN, ESQ. of the law firm of

1  WRIGHT, FINLAY & ZAK, LLP, hereby provide notice to the Court and all interested parties
2  that Plaintiff, DENNIS E. SCARBERRY, failed to file a response in opposition to Defendants,
3  WELLS FARGO BANK and MERS's, Motion to Dismiss Plaintiff's Complaint for Failure to
4  State a Claim Upon Which Relief can be Granted ("Motion") [Dkt. 8] and Motion to Expunge
5  Lis Pendens [Dkt. 9].

6      WELLS FARGO BANK and MERS filed their Motion to Dismiss on January 26, 2012,
7  to which a response was due for filing and service no later than February 12, 2012. To date,
8  Plaintiff has failed to file a response or request an extension of time to file a response to the
9  Motion.

10      WELLS FARGO BANK and MERS, filed their Motion Expunge Lis Pendens on January
11  26, 2012. To date, Plaintiff has failed to file a response or request an extension of time to file a
12  response to the Motion.

13      In light of no response to the Motions being filed, and in the interest of judiciary
14  economy, WELLS FARGO BANK and MERS, requests that this Honorable Court dismiss
15  Plaintiff's Complaint pursuant to LR 7-2(d) and grant Defendants' Motion to Expunge Lis
16  Pendens. Indeed, a party's failure to timely file an opposition constitutes consent to the granting
17  of a motion. *See* LR 7-2-(d).

18      In accordance with LR 7-2(d), Plaintiff's failure to oppose WELLS FARGO BANK and
19  MERS's Motion to Dismiss and Motion to Expunge Lis Pendens constitutes consent to the
20  granting of the Motions.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Therefore, WELLS FARGO BANK and MERS, requests that the Court immediately enter an order granting WELLS FARGO BANK and MERS's Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted with prejudice and enter an order granting Defendants' Motion to Expunge Lis Pendens.

Dated: 14th day of Feb, 2012.

WRIGHT, FINLAY & ZAK, LLP

/s/ Donna M Osborn, Esq.
Donna M. Osborn, Esq.
Nevada Bar No. 6527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendants, Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I electronically served the foregoing **NOTICE OF NON-OPPOSITION TO DEFENDANTS, WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing and by depositing a true and correct copy of the same in the United States Mail, at Las Vegas, Nevada, addressed as follows.

Dennis E. Scarberry
3005 Milton Pace
North Las Vegas, NV 89032
*Plaintiff in Proper Person*

/s/ Erica Baker
An Employee of WRIGHT, FINLAY & ZAK, LLP