WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendants,*
*Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, N.A.; CAL-WESTERN RECONVEYANCE CORP.; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC, and DOES 1-50, inclusive.<br><br>Defendants. | Case No.:  2:12-cv-00128-KJD-CWH<br><br>**ORDER GRANTING DEFENDANTS, WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS** |

Pending before the Court, Defendants', WELLS FARGO BANK, N.A. (hereinafter "Wells Fargo") and Mortgage Electronic Registration Systems, Inc. (hereinafter "MERS"), Motion to Dismiss Plaintiff's Complaint (Docket No. 8) and Motion to Expunge Lis Pendens (Docket No. 9), the Court having reviewed the pleadings and papers on file, the Court having Notice that Plaintiff has failed to file a response to Defendants' Motion to Dismiss and

Defendants' Motion to Expunge Lis Pendens, the Court being fully advised in the premises, and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss is granted and the Complaint is hereby dismissed with prejudice pursuant to F.R.C.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any Pendency of Action or Lis Pendens recorded by the Plaintiff on December 15, 2011 as Document No. 201112150000389 in the Official Records of the Clark County, Nevada in association with this action on the subject property at 3005 Milton Place, N. Las Vegas, Nevada 89032, APN: 139-08-112-021; more particularly described as follows:

> LOT SIXTY THREE (63) IN BLOCK TWO (2) OF CASA LINDA UNIT 12A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 49 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

is hereby cancelled, and this cancellation shall have the effect of an expungement of it pursuant to NRS 14.015 and it shall have from this day forward have no force or effect.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS 14.015(5), Plaintiff shall record a copy of this Order or other appropriate notice) cancelling the Notices of Pendency of Action or Lis Pendens, with the Clark County Recorder's Office within five business days of its entry, and if there is a failure to do so, any party may record a copy of this Order.

Dated: February ___, 2012.

/s/Donna M Osborn, Esq.
Donna M. Osborn, Esq.
Nevada Bar No. 6527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendants, Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*