WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, N.A.; CAL-WESTERN RECONVEYANCE CORP.; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC, and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:12-cv-00128-KJD-CWH<br><br>**DEFENDANTS, WELLS FARGO BANK N.A. AND MERS'S, JOINDER TO CO-DEFENDANTS', OCWEN LOAN SERVICING, LLC, WESTERN PROGRESSIVE LLC, AND HSBC BANK USA, N.A.'S, OPPOSITION TO PLAINTIFF'S MOTION AND "ORDER GRANTING PLAINTIFF RELIEF THROUGH PRELIMINARY INJUNCTION AND/OR RESTRAINING ORDER" [DOCKET NOS. 19 & 20]** |

**TO: ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendants, Wells Fargo Bank, N.A. (hereinafter "Wells Fargo") and Mortgage Electronic Registration Systems, Inc. (hereinafter "MERS"), hereby join in Co-Defendants, Ocwen Loan Servicing LLC, Western Progressive LLC, and HSBC Bank USA N.A.'s (hereinafter "Defendants"), Opposition to Plaintiff's Motion and "Order Granting

Plaintiff Relief through Preliminary Injunction and/or Retraining Order" [Dckt. No. 21]. This Joinder is based upon the following Memorandum of Points & Authorities, all pleadings and papers on file in this matter, as well as any oral arguments of counsel to be heard at the hearing on this matter file herein, and on any oral or documentary evidence that may be presented at a hearing on this matter.

DATED this 27 day of Feb, 2012.

WRIGHT, FINLAY & ZAK, LLP

Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendant,*
*Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  FACTUAL BACKGROUND

Defendants, Wells Fargo and MERS, join in all arguments of moving Defendants', Opposition to Plaintiff's Motion and "Order Granting Plaintiff relief through Preliminary Injunction and/or Retraining Order filed on February 23, 2012. Defendants, Wells Fargo and MERS, seeks an Order of dismissal based on the same grounds as set forth in Defendants', Opposition to Plaintiff's Motion and "Order Granting Plaintiff relief through Preliminary Injunction and/or Retraining Order filed on February 23, 2012.

///

///

///

## II. LEGAL ARGUMENT

Defendants, Wells Fargo and MERS, join in all arguments of moving Defendants', Opposition to Plaintiff's Motion and "Order Granting Plaintiff relief through Preliminary Injunction and/or Retraining Order filed on February 23, 2012.

## III. CONCLUSION

For the reasons stated above and as set forth in full in Defendants', Opposition to Plaintiff's Motion and "Order Granting Plaintiff relief through Preliminary Injunction and/or Retraining Order filed on February 23, 2012, Defendants, Wells Fargo and MERS, request that this Court enter an Order dismissing Plaintiff's Motion and "Order Granting Plaintiff relief through Preliminary Injunction and/or Retraining Order in entirety with prejudice as to Defendants, Wells Fargo and MERS.

DATED this ___ day of _____, 2012.

WRIGHT, FINLAY & ZAK, LLP

Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendant, Wells Fargo Bank, N.A. and MERS*

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am employee of WRIGHT, FINLAY, & ZAK, LLP; that service of the foregoing **DEFENDANTS, WELLS FARGO BANK N.A. AND MERS'S, JOINDER TO CO-DEFENDANTS', OCWEN LOAN SERVICING, LLC, WESTERN PROGRESSIVE LLC, AND HSBC BANK USA, N.A.'S, OPPOSITION TO PLAINTIFF'S MOTION AND "ORDER GRANTING PLAINTIFF RELIEF THROUGH PRELIMINARY INJUNCTION AND/OR RESTRAINING ORDER" [DOCKET NOS. 19 & 20]** was made on the 27th day of Feb, 2012, by depositing a true and correct copy of the same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Dennis Scarberry
3005 Milton Place
N. LV, NV 89032
*Plaintiff Pro Per*

_____
Employee of WRIGHT, FINLAY, & ZAK, LLP