Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com
Attorney for Defendant, LSI Title Agency, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS E. SCARBERRY, | CASE NO. 2:12-cv-00128-KJD-CWH |
| Plaintiff, | |
| v. | **LSI TITLE AGENCY, INC.'S JOINDER TO RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR TEMPORARY RESTRAINING ORDER** |
| FIDELITY MORTGAGE OF NEW YORK, etc., et al, | |
| Defendants. | |

COMES NOW Defendant, LSI Title Agency, Inc., by and through its counsel of record and files this Joinder in any and all arguments in support of the Response to Motion for Preliminary Injunction and Motion for Temporary Restraining Order filed by HSBC Bank USA, N.A., Owen Loan Servicing Company, LLC and Western Progressive, LLC on February 23, 2012 as document number 21.

DATED: February 29, 2012

                                            McCarthy & Holthus, LLP

                                            By:    */s/Christopher M. Hunter*
                                                        Christopher M. Hunter, Esq.
                                                        Attorneys for LSI Title Agency

1

**CERTIFICATE OF MAILING**

I hereby certify that on the 29th day of February, 2012, a true and correct copy of the foregoing Joinder in Response to Motion for Preliminary Injunction and Motion for Temporary Restraining Order was forwarded to all parties and counsel as identified on the Court generated Notice of Electronic Filing and by depositing true copies thereof in the United States first class mail at Las Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed as follows:

> Dennis E. Scarberry
> 3005 Milton Place
> North Las Vegas, Nevada 89032

> *Ellen McAbee*
> An employee of McCarthy & Holthus, LLP