UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DENNIS SCARBERRY,
        Plaintiff,
v.
FIDELITY MORTGAGE OF NEW YORK, *et al.*,
        Defendants.

2:12-cv-00128-KJD-CWH

**ORDER TO SHOW CAUSE**

This matter came before the undersigned on April 26, 2012, for hearing on Defendants' Proposed Discovery Plan and Scheduling Order (#27). The hearing was set via minute order entered on April 11, 2012. *See* Minute Order (#28). A copy of the Order was mailed to Plaintiff on April 12, 2012. Plaintiff failed to appear for the scheduled hearing. Accordingly,

**IT IS HEREBY ORDERED** that **Plaintiff Dennis Scarberry** shall appear before the undersigned United States Magistrate Judge on **Friday May 11, 2012**, at 9:00 AM in Courtroom 3C, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, and show cause why the Court should not impose sanctions, up to and including a recommendation that this case be dismissed with prejudice, for his failure to appear at the April 26, 2012, hearing on the proposed discovery plan.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order via certified mail to Plaintiff's address listed on the docket.

DATED this 30th day of April, 2012.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**