WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
Chelsea A. Crowton, Esq.
Nevada Bar. No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, N.A.; CAL-WESTERN RECONVEYANCE CORP.; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC, and DOES 1-50, inclusive. <br><br> Defendants. | Case No.:   2:12-cv-00128-KJD-CWH |

### APPLICATION FOR COSTS

Pursuant to the Court's Minutes from the Show Cause Hearing held on May 11, 2012, the Defendants, Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc., hereby submit their Memorandum of Costs:

    Chelsea A. Crowton, Esq.   .5 Hours @ $200.00 per hour   $100.00

                                                                                              **Total: $100.00**

|   |   |
|---|---|
| 1 | **DECLARATION BY CHELSEA A. CROWTON, ESQ.** |
| 2 | Chelsea A. Crowton, Esq., states as follows: |
| 3 | 1. I am an attorney for the Defendants, Wells Fargo Bank, N.A. and Mortgage Electronic |
| 4 | Registration Systems, Inc. |
| 5 | 2. I have personal knowledge of the above-stated costs expended in the above entitled case. |
| 6 | 3. The items contained in the above Memorandum are true and correct to the best of my |
| 7 | knowledge and belief and the said costs have been necessarily paid in this action. |
| 8 | 4. I declare under penalty of perjury under the laws of the State of Nevada that the |
| 9 | foregoing is true and correct. |

DATED this 16th day of May, 2012.

RESPECTFULLY SUBMITTED:

WRIGHT, FINLAY & ZAK, LLP

*[signature]* #11547

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendants,*
*Wells Fargo Bank, NA and Mortgage Electronic*
*Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I electronically served the foregoing **APPLICATION FOR COSTS** on this 16th day of May, 2012, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing and via regular, first-class mail, postage pre-paid to the following:.

Dennis Scarberry
3005 Milton Place
N. LV, NV 89032
*Plaintiff Pro Per*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP