Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com
Attorney for Defendant, LSI Title Agency, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY, | CASE NO. 2:12-cv-00128-KJD-CWH |
| Plaintiff, | |
| v. | **LSI TITLE AGENCY, INC.'S APPLICATION FOR COSTS** |
| FIDELITY MORTGAGE OF NEW YORK, etc., et al, | |
| Defendants. | |

Pursuant to the Court's Minutes from the Show Cause Hearing held on May 11, 2012, the Defendant, LSI Title Agency, Inc., hereby submit its Memorandum of Costs:

Christopher M. Hunter, Esq. .5 Hours @ $250.00 per hour:   $125.00

Total: $125.00

DECLARATION BY CHRISTOPHER M. HUNTER, ESQ.

Christopher M. Hunter, Esq., states as follows:

1. 1 am an attorney for the Defendant, LSI Title Agency, Inc.

2. I have personal knowledge of the above-stated costs expended in the above entitled case.

1

3. The items contained in the above Memorandum are true and correct to the best of my knowledge and belief and the said costs have been necessarily paid in this action.

4. I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: May 16, 2012

*/s/Christopher M. Hunter*
Christopher M. Hunter, Esq.
Attorney for LSI Title Agency

### CERTIFICATE OF MAILING

I hereby certify that on the 16th day of May, 2012, a true and correct copy of the foregoing Application for Costs was forwarded to all parties and counsel as identified on the Court generated Notice of Electronic Filing and by depositing true copies thereof in the United States first class mail at Las Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed as follows:

Dennis E. Scarberry
3005 Milton Place
North Las Vegas, Nevada 89032

*Ellen McAbee*
An employee of McCarthy & Holthus, LLP

2