WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendants,*
*Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS E. SCARBERRY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, N.A.; CAL-WESTERN RECONVEYANCE CORP.; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC, and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:12-cv-00128-KJD-CWH<br><br>**REQUEST FOR DECISION ON DEFENDANTS, WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S, MOTION TO DISMISS (DOCKET NO. 8) AND MOTION TO EXPUNGE LIS PENDENS (DOCKET NO. 9) OR IN THE ALTERNATIVE REQUEST FOR HEARING** |

Defendant, Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc. (hereinafter "MERS") (hereinafter collectively referred to as "Defendants"), by and through their attorneys of record, filed a Motion to Dismiss the Plaintiff's Complaint pursuant to F.R.C.P. Rule 12(b)(6) on January 26, 2012 as Docket No. 8, and a Motion to Expunge Lis Pendens on January 26, 2012 as Docket No. 9. The Plaintiff, Dennis Scarberry, has failed to file a response

or request an extension of time to file a response to the Defendants' Motion to Dismiss or the Defendants' Motion to Expunge Lis Pendens. In light of no response to the Defendants' Motion to Dismiss or the Motion to Expunge Lis Pendens and in the interest of judiciary economy, the Defendants respectfully request that this Honorable Court summarily grant the Defendants' Motion to Dismiss and Motion to Expunge Lis Pendens or in the alternative the Defendants respectfully request that this Honorable Court set a hearing date for the Defendants' Motion to Dismiss and Motion to Expunge Lis Pendens.

DATED this 17th day of May, 2012.

WRIGHT, FINLAY & ZAK, LLP

#11547

Donna M. Osborn, Esq.
Nevada Bar No. 6527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendants, Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I electronically served the foregoing **REQUEST FOR DECISION ON DEFENDANTS, WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S, MOTION TO DISMISS (DOCKET NO. 8) AND MOTION TO EXPUNGE LIS PENDENS (DOCKET NO. 9) OR IN THE ALTERNATIVE REQUEST FOR HEARING** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing and by depositing a true and correct copy of the same in the United States Mail, at Las Vegas, Nevada, addressed as follows.

Dennis E. Scarberry
3005 Milton Pace
North Las Vegas, NV 89032
*Plaintiff in Proper Person*

An Employee of WRIGHT, FINLAY & ZAK, LLP