Jeffrey S. Allison  
Nevada Bar No. 8949  
HOUSER & ALLISON  
A Professional Corporation  
9970 Research Drive  
Irvine, California 92618  
Phone: (949) 679-1111/1112 fx  

Stephanie Cooper-Herdman  
Nevada Bar No. 5919  
THE COOPER CASTLE LAW FIRM, LLP  
5275 S. Durango Drive  
Las Vegas, Nevada 89113  
Phone: (702) 435-4175/877-7424/7424 fx  

Attorneys for Defendants OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE, LLC; and HSBC BANK USA, N.A., as Trustee for the registered holders of Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3, erroneously named herein

E-Filed on 5/18/12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS E. SCARBERRY, | CASE NO.: 2:12-cv-00128-KJD-CWH |
| Plaintiff(s), | HON. KENT J. DAWSON |
| vs. | **MEMORANDUM OF FEES** |
| FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SERVICES (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, NA; CAL-WESTERN RECONVEYANCE CORP; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC., and DOES 1-50 Inclusive; | |
| Defendant(s) | |

Pursuant to the Court's Minutes dated May 14, 2012 from the Show Cause Hearing held on May 11, 2012 and as directed, Defendants OCWEN LOAN SERVICING, LLC, WESTERN

1

I:\CIVIL\OCWEN\Scarberry, Dennis\Pldgs\APPLICCOSTS.doc

PROGRESSIVE, LLC, and HSBC BANK USA, N.A., as Trustee for the registered holders of Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3 (collectively "Defendants") hereby submit their Memorandum of Fees:

| | | |
|---|---|---|
| Jeffrey S. Allison, Esq. | .5 Hours @ $250.00 per hour | $125.00 |
| | **TOTAL:** | **$125.00** |

### DECLARATION OF JEFFREY S. ALLSION, ESQ.

Jeffrey S. Allison, Esq. declares as follows:

1. I am an attorney licensed to practice herein and counsel of record for Defendants referenced above in this action.

2. I have personal knowledge of the above-stated fees and costs incurred in this matter.

3. The items contained in the above Memorandum are true and correct as incurred in accordance with the Court proceeding as directed in this matter;

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on May 16, 2012 at Irvine, California.

RESPECTFULLY SUBMITTED:

DATED: May 16, 2012

HOUSER & ALLISON
A Professional Corporation

/s/ Jeffrey S. Allison
Jeffrey S. Allison, Esq.
Attorneys for Defendants
OCWEN LOAN SERVICING, LLC;
WESTERN PROGRESSIVE, LLC; and
HSBC BANK USA, N.A., as Trustee for the
registered holders of Renaissance Equity
Loan Asset-Backed Certificates, Series
2007-3

## CERTIFICATE OF MAILING

I hereby certify that I am over the age of eighteen (18), that I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

**MEMORANDUM OF FEES**

By:   X   U.S. Mail
        __ Facsimile transmission
        __ Overnight Mail
        __ Hand and/or Personal Delivery

and addressed to the following:

DENNIS E. SCARBERRY
3005 Milton Place
North Las Vegas, NV 89032
(702) 648-8711
dennisscarberry@cox.net
Plaintiff *In Pro Per*

Robin Prema Wright, Esq.
Donna M. Osborn, Esq.
WRIGHT, FINLAY & ZAK, LLP
5532 South Fort Apache Rd., Ste. 110
Las Vegas, NV 89148
(702) 475-7964
(702) 946-1345 fx
dosborn@wrightlegal.net
Attorneys for Defendants WELLS FARGO BANK, NA and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Kristin A. Schuler-Hintz, Esq.
Christopher M. Hunter, Esq.
MCCARTHY & HOLTHUS, LLP
9510 W. Sahara, Ste. 110
Las Vegas, NV 89117
(702) 685-0329
(866) 339-5691 fx
khintz@mccarthyholthus.com
Attorneys for Defendant LST TITLE AGENCY, INC.

Dated: May 18, 2012

_An employee of HOUSER & ALLISON, APC_