1  Jeffrey S. Allison                                      E-Filed on 5/21/12
   Nevada Bar No. 8949
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
4  Phone: (949) 679-1111/1112 fx

5

6  Stephanie Cooper-Herdman
   Nevada Bar No. 5919
7  THE COOPER CASTLE LAW FIRM, LLP
   5275 S. Durango Drive
8  Las Vegas, Nevada 89113
   Phone: (702) 435-4175/877-7424/7424 fx

9

10 Attorneys for Defendants OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE,
   LLC; and HSBC BANK USA, N.A., as Trustee for the registered holders of Renaissance Equity
11 Loan Asset-Backed Certificates, Series 2007-3, erroneously named herein

12                         **UNITED STATES DISTRICT COURT**

13                              **DISTRICT OF NEVADA**

14 DENNIS E. SCARBERRY,                    )  CASE NO.: 2:12-cv-00128-KJD-CWH
                                           )
15            Plaintiff(s),                )  HON. KENT J. DAWSON
                                           )
16 vs.                                     )
                                           )
17                                         )  **JOINDER AND SUPPLEMENT BY THE**
   FIDELITY MORTGAGE OF NEW YORK, a )         **ABOVE DEFENDANTS TO CO-**
18 Division of Delta Funding Corp.; OCWEN )    **DEFENDANTS WELLS FARGO BANK,**
   LOAN SERVICING, LLC; MORTGAGE         )   **N.A. AND MERS' RESPONSE TO**
19 ELECTRONIC REGISTRATION SERVICES )        **PLAINTIFF'S "MOTION FOR ORDER**
   (herein MERS); WESTERN PROGRESSIVE, )     **STAYING EVICTION CASE"**
20 LLC; HSBC BANK USA, NA; CAL-          )
   WESTERN RECONVEYANCE CORP;           )   **[DOCKET NOS. 48 & 49]**
21 WELLS FARGO BANK, NA;                )
   RENAISSANCE MORTGAGE                 )
22 ACCEPTANCE CORPORATION; LSI          )
   TITLE AGENCY INC., and DOES 1-50     )
23 Inclusive;                           )
                Defendant(s).            )
24 _____)

25

26

27          **TO THE COURT AND ALL PARTIES:**

28

                                        1

1   **PLEASE TAKE NOTICE THAT** Defendants OCWEN LOAN SERVICING, LLC,

2   WESTERN PROGRESSIVE, LLC,  and HSBC BANK USA, N.A., as Trustee for the registered

3   holders of Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3 (collectively

4   "Defendants") hereby join in Co-Defendants WELLS FARGO BANK, N.A. and MORTGAGE

5   ELECTRONIC REGISTRATION SYSTEMS, INC.'s Response [Docket No. 49] to Plaintiff's

6   "Motion for Order to Stay Eviction Case" [Docket No. 48].  This Joinder is based on the

7   memorandum of points and authorities and exhibits to said Response by Co-Defendants, all of

8   which are incorporated herein by reference, as well as matters for which judicial notice is

9   requested or proper and upon such other and further argument on behalf of Defendants.

10  In addition and as a supplement to this joinder, Defendants assert that the Court lacks

11  jurisdiction and/or should abstain to issue an order enjoining the separate eviction case pending

12  in a separate Justice Court with separate jurisdiction.  Defendants further point out that Plaintiff's

13  Motion appears to some extent repetitive of similar relief requested in his prior Motionis for

14  TRO and Preliminary Injunction [Docket Nos. 19, 20], which have been opposed by these

15  Defendants [Docket No. 21].

16  ### AFFIRMATION PURSUANT TO N.R.S. 239B.030

17  The undersigned hereby affirms that the above document does not contain a social

18  security number pursuant to N.R.S. § 239.030B.

19
20  DATED:  May 21, 2012                          HOUSER & ALLISON
                                                  A Professional Corporation

21
22                                                 /s/ Jeffrey S. Allison
23                                                Jeffrey S. Allison, Esq.
                                                  Attorneys for Defendants
24                                                OCWEN LOAN SERVICING, LLC;
                                                  WESTERN PROGRESSIVE, LLC; and
25                                                HSBC BANK USA, N.A., as Trustee for the
                                                  registered holders of Renaissance Equity
26                                                Loan Asset-Backed Certificates, Series
27                                                2007-3

28

2

## CERTIFICATE OF MAILING

I hereby certify that I am over the age of eighteen (18), that I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

**JOINDER AND SUPPLEMENT BY THE ABOVE DEFENDANTS TO CO-DEFENDANTS WELLS FARGO BANK, N.A. AND MERS' RESPONSE TO PLAINTIFF'S "MOTION FOR ORDER STAYING EVICTION CASE"**

By:   X     U.S. Mail
       __     Facsimile transmission
       __     Overnight Mail
       __     Hand and/or Personal Delivery

and addressed to the following:

DENNIS E. SCARBERRY
3005 Milton Place
North Las Vegas, NV 89032
(702) 648-8711
dennisscarberry@cox.net
Plaintiff *In Pro Per*

Robin Prema Wright, Esq.
Donna M. Osborn, Esq.
WRIGHT, FINLAY & ZAK, LLP
5532 South Fort Apache Rd., Ste. 110
Las Vegas, NV 89148
(702) 475-7964
(702) 946-1345 fx
dosborn@wrightlegal.net
Attorneys for Defendants WELLS FARGO BANK, NA and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Kristin A. Schuler-Hintz, Esq.
Christopher M. Hunter, Esq.
MCCARTHY & HOLTHUS, LLP
9510 W. Sahara, Ste. 110
Las Vegas, NV 89117
(702) 685-0329
(866) 339-5691 fx
khintz@mccarthyholthus.com
Attorneys for Defendant LST TITLE AGENCY, INC.

Dated: May 22, 2012

_____
An employee of HOUSER & ALLISON, APC

1