# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Dennis E Scarberry, in Pro Se

Z012 JUN 28  A II: I3

Plaintiff(s)

-Vs.-

| | |
|---|---|
| Fidelity Mortgage of New York, a ) | **CASE NO.** |
| Division of Delta Funding Corp; ) | **2:12-cv-00128-KJD-CWH** |
| Ocwen Loan Servicing Company ) | |
| LLC; Mortgage Electronic ) | **OPPOSITION TO DISMISSAL** |
| Registration Services (herein MERS);) | **OF PARTIES, CHANGE OF** |
| Western Progressive, LLC; HSBC ) | **ADDRESS, STATUS OF** |
| Bank USA, NA; Cal-Western ) | **ATTORNEY(S), STATUS OF** |
| Reconveyance Corp; Wells Fargo ) | **PARTY(S) IN INTEREST,** |
| Bank, NA; Renaissance  Mortgage ) | **and REQUEST TO ENJOIN** |
| Acceptance Corporation; LSI Title ) | **JUSTICE COURT CASE No.** |
| Agency Inc, and Does 1-50 Inclusive;) | **12CN000477** |

Defendant(s)

(No Exhibit(s) herein attached)

## OPPOSITION TO DISMISSAL OF PARTIES, CHANGE OF ADDRESS, STATUS OF PARTY(S) OF INTEREST, and REQUEST TO ENJOIN JUSTICE COURT CASE No. 12CN000477

Comes Dennis E. Scarberry, Plaintiff in Pro Se, and to inform this Court to the

following nullities and non-compliances and/or status of Defendant(s) and their attorneys,

and moves this Court to deny the dismissal of parties integral to this litigation. The

grounds for the requests and Motions are the pleadings, exhibits, and affidavits of record

herein, and the Points and Authorities filed herewith.

Dated this 28th day of June, 2012

Dennis E. Scarberry, in Pro Se
4824 Nestled Grove Drive

1

North Las Vegas, NV 89031

## NOTICE OF MOTION

To: ALL PARTIES AND THEIR ATTORNEYS OF RECORD; **YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE** that the undersigned will bring the foregoing **OPPOSITION TO DISMISSAL OF PARTIES**

## POINTS AND AUTHORITIES

## OPPOSITION AND ARGUMENT AGAINST DISMISSAL OF PARTIES; FIDELITY MORTGAGE OF NEW YORK, a DIVISION OF DELTA FUNDING CORPORATION, CAL-WESTERN RECONVEYANCE, and RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION;

The Defendant(s) Fidelity Mortgage of New York, a Division of Delta Funding Corporation, Cal-Western Reconveyance, and Renaissance Mortgage Acceptance Corporation are an integral part of the whole picture and relevant in the prosecution of this case by Plaintiff have been served or should be preserved as Defendant(s), and Dismissal denied by this Court.

1) Cal Western Reconveyance has been served through their Nevada Registered Agent and Plaintiff has the supporting documentation by/from the Carson City Sheriff's Department by serving Denise Perry, Client Representative for National Registered Agents, Inc. on 23 December 2011, also included Lis Pendens. Also supporting Plaintiff's evidence of service is the Nevada Secretary of State showing that the as of 27 June 2012, that the Nevada Resident Agent is and was still the same. Also a letter from Cal-Western Reconveyance Corporation that acknowledges by the signature of Victoria Adams that the Complaint and Summons were received through their Resident Agent(See Exhibit A / 4 pages, Exhibit B / 3 pages, Exhibit C / 4 pages, Exhibit D / 2 pages)

2

2) Fidelity Mortgage of New York, a Division of Delta Funding Corporation is the originating Lender and the only Party that could claim interest in Plaintiff's property. The Defendant(s) have not proven in a Court as per a preponderance of fact(s) that they are the real party(s) in interest, and to do so MUST trace the chain of title directly from Fidelity Mortgage of New York, a Division of Delta Funding Corporation, in an exact fashion that reveals NO gaps and/or omissions, and that represent a valid and timely execution of any and all activities related to the action(s) taken against Plaintiff and his property. If the bank is not available then an authorized agent with first hand knowledge and his Agency Agreement, MUST appear and give the applicable testimony and witness as to such that is claimed by Defendant(s) to be true and verifiable. It is essential to Plaintiff's case that whether or not Fidelity Mortgage of New York, a Division of Delta Funding Corporation, is defunct or active, they remain a very important part of this litigation as it is from them that we MUST map the chain of title. This Court also has the ability to allow that service may be waived in the case of any service.

Also, District courts have broad discretion to extend time for service under ***Rule 4(m). In Henderson v. United States, 517 U.S. 654, 661, 116 S.Ct. 1638, 134 L.Ed.2d 880 (1996),*** **the Supreme Court stated that Rule 4's 120-day** time period for service "operates not as an outer limit subject to reduction, but as an irreducible allowance." **This court in *Mann, 324 F.3d at 1090-91,*** held that Rule 4(m) gave the district court discretion to extend time of service. "On its face, Rule 4(m) does not tie the hands of the district court after the 120-day period has expired. Rather, Rule 4(m) explicitly permits a district court to grant an extension of time to serve the complaint after that 120-day period." ***Id. at 1090.*** However, no court has ruled that the discretion is limitless.     3

In making extension decisions under Rule 4(m) a district court may consider factors "like a statute of limitations bar, prejudice to the defendant, actual notice of a lawsuit, and eventual service." *Troxell v. Fedders of N. Am., Inc., 160 F.3d 381, 383 (7th Cir.1998).* Here, the district court provided no indication that it had considered those factors in reaching its decision...

Plaintiff has made many attempts to serve Fidelity Mortgage of New York, a Division of Delta Funding Corporation (Exhibit B, 2 pages), directly but was told by Ocwen Loan Servicing, LLC that he should direct all legal correspondence to them regarding Fidelity Mortgage of New York, a Division of Delta Funding Corporation.

3) Renaissance Mortgage Acceptance Corporation is an offspring company that dealt in the "securitization" of residential home loans and is a related party and originator of the "securitized" note. They are now being represented by the Law Offices of Houser and Allison, with HSBC Bank, USA, N.A., as the "trustee" for this defunct enterprise. It is very critical that they remain as a Defendant, as they are being represented in a different name other than who they were. Renaissance Mortgage Acceptance Corporation filed bankruptcy in December 2007, so they are important not only for chain of title, but for showing that the interest(s) that Defendant(s) are attempting to represent are no longer in business, it begs the question as to who granted authority and when they did it. It is obvious to Plaintiff that the timelines are not in proper succession, nor reflect the true chain of title.

Plaintiff has made many attempts to serve Renaissance Mortgage Acceptance Corporation (Exhibit(s) E / 2 pages, F / 1 page, G / 1 page, H / 1 page), but has had every attempt returned, but since Defendant,  Renaissance Mortgage                    4

Acceptance Corporation , is the same party no dismissals should allowed by this Court and all Defendant(s) should remain in place without Dismissal. See above referenced,

*Henderson v. United States, 517 U.S. 654, 661, 116 S.Ct. 1638, 134 L.Ed.2d 880 (1996), Mann, 324 F.3d at 1090-91, and Troxell v. Fedders of N. Am., Inc., 160 F.3d 381, 383 (7th Cir.1998).*

The Court has the discretion of waiving service as well as allowing the Defendant(s) to remain as part of the litigation and Plaintiff has provided the basis for Defendant(s) remaining part of the litigation, which is NOT a requirement for the presiding judge to decide to maintain the parties as Defendant(s) and deny Dismissal.

## PLAINTIFF CHANGE of ADDRESS

4) Plaintiff hereby notifies this Court and all Parties to this litigation that Plaintiff has been unlawfully removed from his home by HSBC, USA, N.A. as trustee for the registered holders of the Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3, by the efforts of the Law Offices of Les Zieve, by their attorney(s)/Agent(s), Grace M. Kim, Benjamin Petiprin, and Rebecca P. Kern, while the client knew that there was an action approaching three (3) months old already filed by Plaintiff and a definite awareness that an action regarding Plaintiff's property was already in process in a superior Court.

These "Bill Collectors" through their circumvention of the proceedings in progress have further harmed Plaintiff without his receiving due process of law. Plaintiff has been the victim of many Title 42, 1983, and Title 18 violation(s) as a result of the junior court making decisions of title in a court that has NO jurisdiction to do so. As per *NRS 66.070,*

The lower Court should have wrapped up the case and sent it to the Nevada District Court, who would have sent it up to where it should be with the rest of           5

the title issue Plaintiff has brought before the Court.

Plaintiff's new address is;

**4824 Nestled Grove Drive, North Las Vegas, NV 89031.**

All other contact information has remained the same.

Plaintiff believes that this activity was allowed to happen by the United States District Court by taking NO action as to the several motions that were presented to and filed upon the Court for the protection of Plaintiff and the Status Quo that existed when filing. Plaintiff has been damaged in part by this Courts non-action on the motions before it, including the cease and desist Motion that has been setting unaddressed and undecided for months. To NOT make a decision is to make a decision.

## STATUS OF ALLEGED PARTY(S) IN INTEREST and THEIR AGENTS

5) Plaintiff has discovered that all of the Defendant(s) attorney(s), agent(s) and any and all others including alleged opposing counsel(s) moving against Plaintiff might not even have the right to do so due to non-compliance, and without oath of office nor bonds on file. In some cases no malpractice insurance, or simply NO listing with the Nevada State Bar at all. Below is the detail of such conditions and the supporting documents thereof.

**Jeffrey Allison, NV Bar No. 8949,** counsel for HSBC, USA, N.A. as trustee for the registered holders of the Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3, has **NO oath of office or bond(s) on file with the Clark County Recorders Office,** also **NO listing with the Secretary of State for Houser & Allison.** (Exhibit(s) I / 2 pages, J / 1 page)

**Donna Osborne, NV Bar No. 6527**, counsel for Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc., has **NO oath of office or bond(s) on file with the Clark County Recorders Office**. (Exhibits K / 1 page, L / 1 page)

**Robin Wright, NV Bar No. 1372**, counsel for Wells Fargo Bank, N.A. and Mortgage Electronic Registration Systems, Inc., has **NO oath of office or bond(s) on file with the Clark County Recorders Office**. Ms. Wright also has **NO Professional Liability Insurance** as per the Nevada State Bar Association. (Exhibit(s) M / 1 page, N / 1 page, O / 1 page)

**Kristin Schuler-Hintz, NV Bar No. 7171**, counsel for LSI Title Agency, Inc., has **NO oath of office or bond(s) on file with the Clark County Recorders Office**. Exhibit(s) P / 1 page, Q / 1 page)

**Stephanie Cooper-Herdman, NV Bar No. 5919**, counsel for HSBC, USA, N.A. as trustee for the registered holders of the Renaissance Equity Loan Asset-Backed Certificates, Series 2007-3, has **NO oath of office or bond(s) on file with the Clark County Recorders Office**. (Exhibit(s) R / 1 page, S / 1 page)

**Victoria Adams, NV Bar No. NON-EXISTANT,** counsel for Cal-Western Reconveyance, Corporation also has **NO oath of office or bond(s) on file with the Clark County Recorders Office**. (Exhibit(s) T / 1 page, U / 1 page)

**Christopher Hunter, NV Bar No. 8127**, counsel for LSI Title Agency, Inc., has **NO oath of office or bond(s) on file with the Clark County Recorders Office. (**Exhibit V / 1 page, W / 1 page)

All counsel(s), Defendant(s), and their agent(s), have NOT provided the oaths, bonds, insurance(s), or in some cases, even Nevada Bar Registration. These

7

Requirements seem to be nasty little things that apparently counsel(s) feel they not need be

concerned with. Plaintiff notes that it is just another example of the arrogance and elitist

attitude of these attorney(s) and their client(s) and their ship-shod approach to honoring

their oaths and duties.

**_HORNBROOK LAW;_** Agency cannot come from the mouth of the agent". That is

why Plaintiff is now requesting that all attorney(s), counsel(s), and any or all other

representatives come forth with their Agency Agreement so as Plaintiff may then know

who has the authority to do what.

> **_NRS 645.0045_** "Agency" defined. "Agency" means a relationship between a
> principal and an agent arising out of a brokerage agreement whereby the agent is
> engaged to do certain acts on behalf of the principal in dealings with a third party.

> **_NRS 77.030_** "Appointment of agent" defined. "Appointment of agent" means a
> statement appointing an agent for service of process filed by a domestic entity that
> is not a filing entity or a nonqualified foreign entity under **_NRS 77.380_**. (Added to
> NRS by 2007, 2630)

> **_NRS 353C.030_** "Agreement" defined. "Agreement" means a transaction between
> one or more persons and an agency or the State of Nevada whereby each party to
> the transaction becomes obligated to the other with reciprocal rights to demand
> performance of what is promised by the other. (Added to NRS by 1999, 3442)

There have been absolutely NO agency agreement(s) presented by the

Defendant(s).

Whereas in this case we have a Lender who is deceased, bankrupt, out of business,

so without an "agency agreement" there can be NO parties in interest whatsoever.

Without an ongoing agency agreement there is no one to come forward as a Party in

Interest.

> **_Wyman v. Terreyson, 4 Nev. A24, 135 (1868)_**

4. Death – Client or Broker. It is old law in Nevada that a client's death      8

terminates the agency.75 . Nevertheless, the broker may still have rights under the original

brokerage agreement for the collection of compensation. 76 Upon the death of a licensee

(broker, broker-salesperson, or salesperson) his or her real estate license automatically

expires.77 Without a valid real estate license, there can be no legal representation. Since

the brokerage agreement is with the broker, if a broker-salesperson or salesperson dies,

the brokerage agreement continues in place. It is then between the broker and client to

determine if the brokerage agreement should continue with the services of a different

broker-salesperson or salesperson or whether the brokerage agreement will be canceled. If

the broker dies, the broker's agency representation as evidenced by the brokerage

agreement ends. In either case, whether the death is of the broker or his or her broker

salesman or salesman, the client continues to be responsible for paying any compensation

earned by the broker before the licensee's death.

Only a sworn and signed affidavit from a different party representing the alleged

client(s) of the Defendant(s) that clearly defines the terms and limits of their relationship

with the currently alleged attorney)s)/agent(s), and accepting the liability of this

relationship would be suitable to clearly signify that the person appearing in Court, and

alleging that he or she represents the alleged party(s) in Interest, would be suitable for the

requirements of the Court that such matters be proven in order to even beging moving

against Plaintiff and his home.

Imagine if the hidden agency letter in question revealed an unconscionable contract

that involved the deliberate usage of fraud and theft as part of the agency agreement

between the client and their agent. It is this kind of uncertainty, among others, that

Created the age-old process of requiring that all agents of such large and                9

foreboding entities as the banking interests that are capable of foreclosing upon and

Evicting the home of a family, be clearly defined and open to public scrutiny.

This lack of standing by the attorney/agent for the Defendant(s) is in default, and

hence any argument(s), fact(s), or any and all other participation that has come from such

a source is void, and therefore the Court MUST have Defendant(s) prove that they even

have a right to appear before this Court, and Plaintiff is well within his rights to insist that

the Defendant(s) prove that they are the true Party in Interest on the alleged title and Deed

of Trust being used to allege standing by Defendant(s). This would mean that all of the

activity of the Note, title, and Deed, the full chain of ownership and responsibility, without

error or omission, without fraud or deceit, be certified and sworn to and be provided in

full to the Court as a first step in the process of attempting to have this Court begin to

consider turning the possession and ownership of this real property over to Defendant(s).

If this wasn't enough, Plaintiff also has been unable to find the registration of

either or any of the following entities listed with the Nevada Secretary of State, HSBC

Bank, HSBC Bank USA, N.A., as trustee for the registered holders of Renaissance Equity

Loan Asset-Backed Certificates, series 2007-3, nor HSBC Bank USA, N.A. None of these

variantions gave a positive result, but as the counsel(s) have listed their client as HSBC

Bank USA, N.A., as trustee for the registered holders of Renaissance Equity Loan Asset-

Backed Certificates, series 2007-3 on their own filings yet NO such organization exists in

Nevada. (Exhibit X / 2pages, Y / 1 page, Z / 1 page, AA / 1 page)

This means that Defendant(s) have counsel(s) that are not suitable to be heard by a

lawful Court because of lack of bonds, oaths, malpractice insurance, and Nevada State Bar

Licensing/Membership, representing clients that simply do not exist in the records          10

of the Nevada Secretary of State, either as a Domestic or Foreign Corporation or any

other type entity. In summary we must then have NON-attorneys suing One of the

People, on the behalf of a NON existent client. How did this ever even get this far?

Of course, such a chain of title is now known to almost always be tainted beyond

recovery when MERS, robo-signers, securitizations, and the like are revealed to be

involved. The appearance of even one such condition of the note and/or deed and/or title,

makes that condition a matter of the decision by the finder of fact as to whether or not the

Defendant(s)are/is in fact the one and only proper Party in Interest in the real property at

issue, and whether or not they have violated any of the laws that would diminish their

interesting the property beyond recovery.

This means that since the Plaintiff has already shown the Justice Court, the Nevada

District Court, and the Federal Court, such information and evidence of these well known

documentary indications of fraud and misrepresentation, it is essentially impossible for the

alleged Defendant(s) to ever present the required document(s) that would prove such a

matter as the alleged "perfected" title, alleged by the Defendant(s).

### REQUEST TO ENJOIN JUSTICE COURT CASE No. 12CN000477

Plaintiff pleads with the Court to have the lower, junior, Justice Court of North

Las Vegas, wrap up and send up the case and enjoin it with the litigation at hand in the

United States District Court, District of Nevada, so these issues of title and of who is

actually Party(s) in Interest.

To do anything else would allow for Plaintiff to be further harmed by Defendant(s)

who have magically turned Plaintiff into a "tenant" from a home owner, and only did so on

the 5th visit to that Court on that matter.                                          11

This Court of superior jurisdiction that has the same issue on the table should not allow the lower Court to trample all over the higher Courts case and making decisions that it has NO jurisdiction over. The North Las Vegas Justice Court has opened the door for Title 42, 1983, and Title 18 Actions to commence, while trampling all over the jurisdiction of this higher Court. Plaintiff must ask this court to do what the Justice Court should have and did not.

Submitted by:

Dennis E. Scarberry / Plaintiff in Pro Se

28 June, 2012

## VERIFICATION

I, Dennis E. Scarberry have read the following and know the contents thereof. The same is true, based on my personal knowledge, except for those matters which are therein upon information and belief, and as to those claims of fact, I believe to be true.

Dated: 28 June, 2012

Dennis E. Scarberry / Plaintiff in Pro Se

## AFFIDAVIT OF PLAINTIFF FOR HIS ANSWER AND CONCERNING HIS MOTION(S) OPPOSING DISMISSAL AND TO INFORM THIS COURT OF THE ILLEGITIMATE STATUS OF DEFENDANT AND DEFENDANT'S ATTORNEY(S), COUNSEL(S) AND AGENT(S)

12

**STATE OF NEVADA     )**

                                                   *SS*

**COUNTY OF CLARK  )**

Comes now, **Dennis E. Scarberry**, Affiant, and Plaintiff in Pro Se, being competent to testify and make, swear, and sign this affidavit, and being over 21 years of age, after being duly sworn according to the law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true and correct to the best of his knowledge.

1.      Affiant is one of the people of these united States of America, being a creature of God and domiciled in Clark County, Nevada.

2.      Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any **ARTIFICIAL PERSON** and therefore, is exempt from any and all identifications, treatments, and requirements as any **ARTIFICIAL PERSON** pursuant to any process, law, code, or statute of any color thereof.

3.      Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4.      Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified in 1971 with the Articles of the Amendments.

5.      Affiant notices that pursuant to the Constitution of the united States of America as ratified in 1971 with the Articles of the Amendments, Article VI paragraph 2, "This          13

Constitution and the Laws of the united States which shall be made in pursuance thereof ; and all Treaties made, under the authority of the united States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution of Laws of any State to the Contrary notwithstanding".

6.    Affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7.    Affiant notice that he only Court lawfully authorized by the People pursuant to said Constitution to hear matters in the controversy of the People, civil or criminal, is a Court that conforms to and functions in accordance with Article III Section 2 os said Constitution in which all officers of the Court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8.    Affiant notices that pursuant to the supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenture net, tyranny, and oppression under any color of law, statute, code, policy, procedure, or of any other type.

9.    That Affiant further notices that pursuant to said Constitution, Affiant        14

cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into waiving any of the Affiant's Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God, nor can Affiant be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

10.    Affiant's opposition to the Dismissal of Parties, namely, Fidelity Mortgage of New York, a Division of Delta Funding Corporation, Cal-Western Reconveyance Corporation, and Renaissance Mortgage Acceptance Corporation, filed by Defendant(s) as Document Number 54, on June 7th, 2012 @12:55 PM PDT of NOTICE of intent to dismiss pursuant to FRCP 4(m). Affiant states that all possible methods of service had been exhausted and or were successful in the proper service of Defendant(s) as evidenced and argued herein and proven by the exhibits attached.

11.    Affiant notices that Defendant(s) and their counsel(s), attorney(s), or Agent(s), each and every one of them have not provided any proper proof of **Oath of Office** being properly filed in Clark County, Nevada, nor do they provide any proof that they are an attorney of record for the alleged party(s) in Interest, nor do they provide any business records that should have been used in the course of business that would substantiate any claims that were supported by an affidavit. The affidavit is meaningless.

12.    Also these Defendant(s), Agent(s) and Counsel(s) have *no Bonds on file*          15

*in Clark County as required by Law according to, NRS 246.020,* referenced herein above.

13.     Affiant states that his new address is;

**4824 Nestled Grove Drive, North Las Vegas, NV 89032**

14.     Affiant believes that this activity was allowed by the United States District Court by taking NO action as to the several motions that were presented to and filed upon the Court for the protection of Affiant's property and of the Status Quo that existed when filing was originally performed. Plaintiff has been damaged in part by this Courts non-action on the motions before it, including the cease and desist Motion that has been setting unaddressed and undecided for months. To NOT make a decision is to make a decision.

15.     Affiant has discovered that all of the Defendant(s) attorney(s), agent(s) and any and all others including alleged opposing counsel(s) moving against Affiant might not even have the right to do so due to non-compliance, and without oath of office nor bonds on file. In some cases no malpractice insurance, or simply NO listing with the Nevada State Bar at all. Below is the detail of such conditions and the supporting documents thereof. Affiant has supplied documentation contained here in the Exhibits that show the deficiencies of Defendant(s) counsel, and the NON-compliant filings and attention to and of their responsibilities in doing so properly.

16.     Affiant also notices that he never waived his right to trial by jury as guaranteed by under Article III of the Constitution of the united States, and further guaranteed in the Constitution of the State of Nevada, and in fact has expressly stated affidavit of status that any finding of fact by the Court be done by such a jury.

17.     The Affiant also notices that;

    *"The Nevada Constitution secures to all the right of trial by jury, and*            *16*

*provides that the right shall remain inviolate forever. Nev. Const. art. I, ss 3.*
*Nevada's jury trial right is defined by English common law as modified at the*
*time of the Nevada Constitution's adoption." AFTERCARE OF CLARK*
*COUNTY v. THE JUSTICE COURT OF LAS VEGAS TOWNSHIP, 120 Nev.*
*1; 82 P.3d 931; 2004 Nev. LEXIS 2; 120 Nev. Adv. Rep.2*

18)    Affiant also affirms that a thorough search under multiple names did NOT produce

anything close to the Defendant(s), HSBC Bank USA, N.A., as trustee for the registered

holders of Renaissance Equity Loan Asset-Backed Certificates, series 2007-3. This is not

a legally registered entity in/at the Nevada Secretary of States Office.

19)    Affiant notices that each and every fact in this affidavit stands separately and

16

independently, and jointly and individually support the argument(s) of the Plaintiff for the

sworn and verified allegations against the Defendant(s).

I so affirm. Further Affiant sayeth not.

Dated this 28th day of June, 2012, Dennis E. Scarberry appeared before me,

*Christian Tapia*  (Notary), and having proved to be such by presenting a valid

Nevada State Drivers License, or otherwise known to me.

_____ / 28 June 2012
Dennis E. Scarberry / Affiant

SUBSCRIBED AND SWORN TO this _28_ day of June, 2012

State of Nevada
                    Ss
County of Clark

_____
Notary Public



CHRISTIAN TAPIA
Notary Public, State of Nevada
Appointment No. 10-2427-1
My Appt. Expires Jul 23, 2014

17

# CERTIFICATE OF MAILING

I hereby certify that on the 30th day of May, 2012, a true and correct

copy of the foregoing Motion for **PLAINTIFF'S ANSWER TO DEFENDANT(S)**

**RESPONSE TO PLAINTIFF'S MOTION AND ORDER TO STAY EVICTION** was

forwarded to all parties and counsel(s) as identified in the listing of Defendant(s)

by depositing true copies thereof in the United States First Class Mail at Las

Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed

as follows:

McCarthy and Holthus, LLP
Counsel for LSI Title Agency
9510 W. Sahara, Suite 110
Las Vegas, NV 89117

Jeffrey S. Allison, Esq
Stephanie Cooper-Herdman
Attorneys for Defendants
Ocwen Loan Servicing, LLC,
Western Progressive, LLC, and
HSBC Bank USA, NA, as Trustee
for the registered holders of
Renaissance Equity Loan Asset-Backed
Certificates, Series 2007-3
5275 S. Durango Drive
Las Vegas, NV 89113

Donna M Osborn, Esq.
Attorney for Defendants
Wells Fargo Bank, NA, and
Mortgage Electronic Registration Systems, Inc.
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148

Victoria Adams, Esq.
Corporate Counsel for
Cal Western Reconveyance Corporation
525 East Main Street
El Cahon, CA 92020

18

Ocwen Loan Servicing Company, LLC
Attorneys for
Fidelity Mortgage of New York,
a Division of Delta Funding
2711 Centerville Road, Suite 110
Wilmington, DE 19808

HSBC Bank USA, NA, as Trustee
for the registered holders of
Renaissance Equity Loan Asset-Backed
Certificates, Series 2007-3
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169


Dennis E Scarberry

Plaintiff in ProSe

Dated: 28 June, 2012

# Exhibit A

Proof of Service Cal-Western Reconveyance, Corporation. (1 page)

# PROOF OF SERVICE

Initiator:  **Dennis E. Scarberry**
            **3005 Milton Place**
            **North Las Vegas, NV  89032**

FILED

JAN 30 Phone:10 AM '12

Attorney for:

Court:      **District Court, Clark County, Nevada**

Plaintiff:  **Dennis E. Scarberry**
Defendant:  **Fidelity Mortgage of New York, et al**
Hearing:

Case No. **A11653041C**
File No.   168327 - 1

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
    **Summons/Complaint**

2. Party served:  **Cal-Western Reconveyance, Corp.**
        AKA:
        AKA:
                **R/A:Ntnl Reg Agnts, Inc.**
                **1000 E. William St. #204**
                **Carson City, NV  89701**

3. I served the party named in Item 2:
    **Resident Agent**

    **December 23, 2011 10:12 AM**

4. Remarks:
    By serving Denise Perry, Client Representative.  Lis Pendens included with service.

5. Person serving: Carl Howell
                Carson City Sheriff's Department
                911 East Musser Street
                Carson City, Nv.  89701

Service Fee:  $0.00

Phone:  (775)  887-2020 (x1712)

7. I am a Carson City Sheriff's officer and I certify that the foregoing is true and correct.

Date: January 05, 2012

_____
Sheriff's Authorized Agent

State of Nevada
County of Carson City

This instrument was acknowledged before me on
5 of January 2012 by Carl Howell

_____
Notary Public

JENNIFER BROOKS
NOTARY PUBLIC
STATE OF NEVADA
No.06-102204-3   My Appt. Exp. Jan. 4, 2014

# Exhibit B

Cal-Western Reconveyance, Corporation Nevada Secretary of State listing of
Business Entity Information

( 3 PAGES )

# CAL-WESTERN RECONVEYANCE CORPORATION

## Business Entity Information

| | | | |
|---|---|---|---|
| **Status:** | Active | **File Date:** | 12/23/1991 |
| **Type:** | Foreign Corporation | **Entity Number:** | C11771-1991 |
| **Qualifying State:** | CA | **List of Officers Due:** | 12/31/2012 |
| **Managed By:** | | **Expiration Date:** | |
| **NV Business ID:** | NV19911056455 | **Business License Exp:** | 12/31/2012 |

## Additional Information

| | |
|---|---|
| **Central Index Key:** | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| **Name:** | NATIONAL REGISTERED AGENTS, INC. OF NV | **Address 1:** | 1000 EAST WILLIAM STREET SUITE 204 |
| **Address 2:** | | **City:** | CARSON CITY |
| **State:** | NV | **Zip Code:** | 89701 |
| **Phone:** | | **Fax:** | |
| **Mailing Address 1:** | | **Mailing Address 2:** | |
| **Mailing City:** | | **Mailing State:** | NV |
| **Mailing Zip Code:** | | | |
| **Agent Type:** | Commercial Registered Agent - Corporation | | |
| **Jurisdiction:** | NEVADA | **Status:** | Active |

## Financial Information

| | | | |
|---|---|---|---|
| **No Par Share Count:** | 10,000.00 | **Capital Amount:** | $ 0 |

**No stock records found for this company**

## Officers     ☐ Include Inactive Officers

### President - CHARLES PIPER

| | | | |
|---|---|---|---|
| **Address 1:** | 400 NORTHRIDGE ROAD | **Address 2:** | SUITE 700 |
| **City:** | ATLANTA | **State:** | GA |
| **Zip Code:** | 30350 | **Country:** | USA |
| **Status:** | Active | **Email:** | |

### Director - CHARLES PIPER

| | | | |
|---|---|---|---|
| **Address 1:** | 400 NORTHRIDGE ROAD | **Address 2:** | SUITE 700 |
| **City:** | ATLANTA | **State:** | GA |
| **Zip Code:** | 30350 | **Country:** | USA |
| **Status:** | Active | **Email:** | |

### Treasurer - DANIEL WEINBLATT

| | | | |
|---|---|---|---|
| **Address 1:** | 400 NORTHRIDGE ROAD | **Address 2:** | SUITE 700 |

| | | | |
|---|---|---|---|
| City: | ATLANTA | State: | GA |
| Zip Code: | 30350 | Country: | USA |
| Status: | Active | Email: | |

**Secretary - DANIEL WEINBLATT**

| | | | |
|---|---|---|---|
| Address 1: | 400 NORTHRIDGE ROAD | Address 2: | SUITE 700 |
| City: | ATLANTA | State: | GA |
| Zip Code: | 30350 | Country: | USA |
| Status: | Active | Email: | |

**Director - DANIEL WEINBLATT**

| | | | |
|---|---|---|---|
| Address 1: | 400 NORTHRIDGE ROAD | Address 2: | SUITE 700 |
| City: | ATLANTA | State: | GA |
| Zip Code: | 30350 | Country: | USA |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Foreign Qualification | | |
| Document Number: | C11771-1991-001 | # of Pages: | 2 |
| File Date: | 12/23/1991 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11771-1991-007 | # of Pages: | 1 |
| File Date: | 1/6/1999 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C11771-1991-003 | # of Pages: | 299 |
| File Date: | 10/29/1999 | Effective Date: | |
| CORPORATION TRUST COMPANY OF NEVAD KFA | | | |
| ONE EAST FIRST STREET RENO NV 89501 KFA | | | |
| Action Type: | Annual List | | |
| Document Number: | C11771-1991-008 | # of Pages: | 1 |
| File Date: | 12/8/1999 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11771-1991-006 | # of Pages: | 1 |
| File Date: | 11/28/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11771-1991-005 | # of Pages: | 1 |
| File Date: | 12/12/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11771-1991-009 | # of Pages: | 1 |
| File Date: | 12/3/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11771-1991-004 | # of Pages: | 2 |
| File Date: | 1/5/2004 | Effective Date: | |

| | (No notes for this action) | | |
|---|---|---|---|
| **Action Type:** | Annual List | | |
| **Document Number:** | C11771-1991-002 | **# of Pages:** | 2 |
| **File Date:** | 12/5/2004 | **Effective Date:** | |
| List of Officers for 2004 to 2005 | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20050539871-60 | **# of Pages:** | 2 |
| **File Date:** | 11/7/2005 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20060681200-85 | **# of Pages:** | 2 |
| **File Date:** | 10/23/2006 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20070894953-17 | **# of Pages:** | 2 |
| **File Date:** | 12/31/2007 | **Effective Date:** | |
| 07-08 | | | |
| **Action Type:** | Registered Agent Change | | |
| **Document Number:** | 20080534766-41 | **# of Pages:** | 1 |
| **File Date:** | 8/11/2008 | **Effective Date:** | |
| 24HR 1FSC VIA RA RA PU 8/11/08 FAB | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20090231768-68 | **# of Pages:** | 2 |
| **File Date:** | 3/10/2009 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20090857592-07 | **# of Pages:** | 2 |
| **File Date:** | 12/15/2009 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20100910695-13 | **# of Pages:** | 2 |
| **File Date:** | 12/8/2010 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20110901836-51 | **# of Pages:** | 2 |
| **File Date:** | 12/23/2011 | **Effective Date:** | |
| (No notes for this action) | | | |

# Exhibit C

Rejection of Service of Process to Fidelity Mortgage of New York

(2pages)



**CORPORATION SERVICE COMPANY**

**null**
**Transmittal Number: 9915134**

# Rejection of Service of Process

**Return to Sender Information:**

Dennis Scarberry
Dennis Scarberry
3005 Milton Place
North Las Vegas, NV 89032

| | |
|---|---|
| **Date:** | 05/15/2012 |
| **Party Served:** | Fidelity Mortgage of New York |
| **Title of Action:** | In Re: Dennis Scarberry |
| **Court/Agency:** | U.S. Bankruptcy Court, Nevada |
| **Case/Reference No:** | 11-20369-BAM |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscinfo.com. Please include the transmittal number located in the upper right-hand corner of this letter.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

**CSC**

CORPORATION SERVICE COMPANY.

2711 Centerville Road • Wilmington, DE 19808-1645

FIRST
MAILED 19

Reading PA
D/S 2E-339

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE

$ 00.40⁴

02 1R
0006560857        MAY 17 2012
MAILED FROM ZIP CODE 19803

# Exhibit D

Letter from Cal-Western Reconveyance that they received Complaint and
Summons from Plaintiff

(2pages)



**CAL-WESTERN
RECONVEYANCE
CORPORATION**

A Prommis Solutions Company

January 13, 2012

Dennis E. Scarberry
3005 Milton Place
North Las Vegas, NV 89032

Re:     District Court, Clark County, NV Case No: A-11-653041-C
        Case Title: Scarberry v Ocwen Loan Servicing, Cal-Western Reconveyance, et al
        Property Address: 3005 Milton Place, North Las Vegas, NV 89032
        Borrower: Dennis E. Scarberry

Dear Mr. Scarberry:

I write to you on behalf of Cal-Western Reconveyance Corporation ("CWR"), with respect to a Summons and Complaint that were personally served on CWR's Agent for Service of Process on December 23, 2011. You have named CWR as a defendant in the above-referenced matter, currently pending in the District Court of Clark County, NV.

Please be advised that after reviewing the Complaint, I do not believe CWR is a proper party to this action. I have reviewed our files and was unable to locate any active or inactive foreclosure file(s) for the above-referenced property address ("Property") or borrower.

Accordingly, please review the applicable foreclosure notices and confirm which trustee company is currently processing the foreclosure of the Property identified in your Complaint, as CWR does not appear to be the trustee. Once you are able to confirm the same, I respectfully request that you dismiss CWR from this lawsuit, as it is not a proper party to the action, and amend your Complaint accordingly. Please provide CWR with a conformed copy of the entered dismissal when available. Please also confirm receipt of this letter.

If you have any questions or would like to discuss this matter further, please contact me at the number below.

Very truly yours,

Victoria Adams, Esq.
Associate Corporate Counsel
Cal-Western Reconveyance Corporation

525 East Main Street, El Cajon, California 92020 • P.O Box 22004, El Cajon, California 92022-9004
TEL: (619) 590-9200 • FAX: (619) 590-9299



**CAL-WESTERN RECONVEYANCE CORPORATION**

P.O. Box 22004
El Cajon, California 92022-9004

Dennis E. Scarberry
3005 Milton Place
North Las Vegas, NV 89032





US POSTAGE >> PITNEY BOWES

ZIP 92020
02 1W
0001360907 JAN 17 2012
$ 000.44⁰

# Exhibit E,F,G,H

Copies of service and related mailings

(5 pages)

JAN 30  10 17 AM '12

# District Court
## Clark County, Nevada

DENNIS E. SCATEBERRY
IN PROPER PERSON.

               **Plaintiff,**

-vs-

FIDELITY MORTGAGE OF NEW YORK
ET AL. RENAISSANCE MORTGAGE
ACCEPTANCE CORP

               **Defendant,**

Case No: A-11-65304 - C

Dept No: 4

Date of Hearing:
Time of Hearing

AFFIDAVIT / PROOF of SERVICE ATTEMPT

Signature _____

Submitted By:

    (SIGNATURE)

Name: DENNIS E. SCATEBERRY
Address: 3015 MONTANA PLACE
City/State/Zip: NORTH LAS VEGAS, NV 89032
Telephone: 702 648 8511
Attorney For: SELF / PROPER PERSON



**NASSAU COUNTY SHERIFF'S DEPARTMENT**
ENFORCEMENT DIVISION – CENTRAL OFFICE UNIT
240 OLD COUNTRY ROAD, MINEOLA, NY 11501
TELEPHONE (516) 571-2130



### CERTIFICATE OF SERVICE

# UNABLE

**DISTRICT COURT**

INDEX NO:_____ A-11-653041-C

RETURN DATE: _____

JUDGE/HEARING EXAMINER: _____

ORDER #: _____   ISSUED:_____

STATE OF NEW YORK,

   SS: **RENAISSANCE MORTGAGE ACCEPTANCE**       SHERIFF #:  1250002

**CORP**

COUNTY OF NASSAU

I, __SGT. V. PATALANO__, DEPUTY SHERIFF OF THE COUNTY OF NASSAU, HEREBY CERTIFY THAT
ON THE __17__ DAY OF __JANUARY__, __2012__ AT __16:10__ HOURS AT __1000 WOODBURY ROAD
SUITE 200 WOODBURY, NY 11797__, I WAS UNABLE TO SERVE THE ANNEXED AND COMPLAINT
AND NOTICE OF LIS PENDENS__ ON THE __DEFENDANT__.   Summons

DATE: 1/17/2012 @ 4:10 PM - 1000 WOODBURY ROAD SUITE 200 WOODBURY, NY 11797
ATTEMPTED BY: SGT. V. PATALANO
SERVICE TYPE: PERSONAL
NOTES : AS PER JORDAN FROM MANAGEMENT OFFICE FOR RECKSON CORP, THEY OWN THE
BUILDING SINCE FEBRUARY 2010, TENANT IS UNKNOWN TO THEM, THE OFFICE SUITE 200 IS EMPTY
NO FURTHER INFO UNABLE

DATED: 1/17/2012

_____
DEPUTY SHERIFF SGT. V. PATALANO # 13

PATRICIA E. JUNE
NOTARY PUBLIC, State of New York
No. 01JU5036642
Qualified in Nassau County
Commission Expires Dec. 5, 20 11 | 15




DENNIS SEABERRY
2005 MILTON PLACE
NORTH LAS VEGAS, NV 89032

8903700438

Renaissance Mortgage Acceptance Corporation
1000 Woodbury Road, Suite 200
Woodbury, NY 11797
(Last known addr

U.S. POSTAGE
LAS VEGAS, NV
890__
MAR 27 '12
AMOUNT
$1.50
0005214-07

1000
11797

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



Renaissance Mortgage Acceptance Corporation
1000 Woodbury Road, Suite 200

☐ MOVED, LEFT NO ADDRESS
☐ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED
☐ NO SUCH STREET ☐ REFUSED
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ NOT DELIVERABLE AS
ADDRESSED UNABLE TO FORWARD



U.S. POSTAGE
NORTH LAS VEGAS, NV
89031
FEB 21 12
AMOUNT
$1.90
000-2620-10

1000
11797



# Exhibit I,J

Copy of records from Clark County Recorders Office showing No oath or Bond
on file in the County that Jeffrey Allison is practicing in.

(2 pages)

## Search Results

You searched under: **Name search**, for: **allison jeffrey**, with the document types of: **OATH**, between: **1/1/1900** and **6/5/2012**

### Records found: 0

🔄 Refresh  |  🖨 📄

| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| No records to display. | | | | | | | | | |

## Search Results

You searched under: **Name search**, for: **allison jeffrey**, with the document types of: **BOND**, between: **1/1/1900** and **6/5/2012**

### Records found: 0

Refresh |

| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| No records to display. | | | | | | | | | |

| | | | |
|---|---|---|---|
| HIGHROLLERLASVEGAS.COM | NV19981423539 | Permanently Revoked | Domestic Corporation |
| HIGHROLLERS REAL ESTATE INVESTORS ASSOCIATION, LLC | NV20031196803 | Permanently Revoked | Domestic Limited-Liability Company |
| HIGHWAY SERVICES, INC. | NV19801003202 | Withdrawn | Foreign Corporation |
| HIGO HARLEY USA, LLC | NV201017Z7404 | Active | Domestic Limited-Liability Company |
| HIKO GRAIN COMPANY | NV19991224168 | Permanently Revoked | Domestic Corporation |
| HJC REAL SOLUTIONS, INC | NV20111123444 | Active | Domestic Corporation |
| HJH GLOBAL INVESTMENT, INC. | NV20031458277 | Active | Domestic Corporation |
| HJY WORLDWIDE INTERNATIONAL, LLC | NV20081104832 | Revoked | Domestic Limited-Liability Company |
| HKO, A CALIFORNIA LIMITED PARTNERSHIP | NV19931020757 | Permanently Revoked | Foreign Limited Partnership |
| HOA SECURITY SERVICES LLC | NV20081193092 | Default | Domestic Limited-Liability Company |
| HOGUE GALLERY GROUP, LLC | NV20011002761 | Permanently Revoked | Domestic Limited-Liability Company |
| HOOKAH GALLERY, INC. | NV20031399582 | Revoked | Domestic Corporation |
| HOOKWAY KORB LIMITED PARTNERSHIP | NV19991141004 | Permanently Revoked | Domestic Limited Partnership |
| HOOSIER HOLDINGS, INC. | NV20081478077 | Active | Domestic Corporation |
| HOSEK'S ARCHITECTURAL STUDIO, INC | NV20011462981 | Permanently Revoked | Domestic Corporation |
| HOUSE CALL DOCTORS A MOBILE MEDCIAL PRACTICE | | Expired | Trade Name |
| HOUSE CALL DOCTORS A MOBILE MEDICAL PRACTICE | | Expired | Trade Mark |
| HOUSE CALL DOCTORS A MOBLIE MEDICAL PRACTICE | | Expired | Service Mark |
| HOUSE CALL DOCTORS, LLC | NV20001064749 | Revoked | Domestic Limited-Liability Company |
| HOUSE CALL DR., INC. | NV20041589686 | Active | Domestic Corporation |
| HOUSE CALL MEDICINE, INC. | NV20011459662 | Permanently Revoked | Domestic Corporation |
| HOUSE CALL PHYSICIANS MANAGEMENT, INC. | NV20001258092 | Permanently Revoked | Foreign Corporation |
| HOUSE CALLS, LTD. | NV19961195170 | Active | Domestic Non-Profit Corporation |
| HOUSE SERVICES COMPANY LLC | NV20081234629 | Active | Domestic Limited-Liability Company |
| HOUSE SOLUTIONS, INC. | NV20031491120 | Permanently Revoked | Domestic Corporation |
| HOUSECALL CHIROPRACTIC | | Expired | Trade Name |
| HOUSECALL-COMPUTING LLC | NV20101694132 | Default | Domestic Limited-Liability Company |
| HOUSECALLS OF MPLS., INC. | NV19961119696 | Permanently Revoked | Domestic Corporation |
| HOUSER HOLDINGS, LLC | NV20031201141 | Active | Domestic Limited-Liability Company |
| HOUSES & LAND HOLDINGS LIMITED PARTNERSHIP | NV20011152615 | Permanently Revoked | Domestic Limited Partnership |
| HOUSES & LAND, INC. | NV20011218613 | Permanently Revoked | Domestic Corporation |
| HOUSES GALORE, LLC | NV20031210168 | Revoked | Domestic Limited-Liability Company |

1 2 3 4 5 6

# Exhibit K,L

Copy of records from Clark County Recorders Office showing No oath or Bond
on file in the County that Donna Osborne is practicing in.

(2 pages)

## Search Results

You searched under: **Name search**, for: **osborne donna**, with the document types of: **oath**, between: **1/1/1900** and **6/27/2012**

### Records found: 0

          Refresh  |

| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|

No records to display.

## Search Results

You searched under: **Name search**, for: **osborne donna**, with the document types of: **bond**, between: **1/1/1900** and **6/27/2012**

### Records found: 0

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 🔄 Refresh  \|  🖼 🖼 | |
| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
| No records to display. | | | | | | | | | |

# Exhibit M,N,O

Copy of records from Clark County Recorders Office showing No oath or Bond
on file in the County that Robin Wright is practicing in.

Copy of records from the Nevada Bar Association that states that Robin Wright
has NO professional liability insurance

(3 page)

## Search Results

You searched under: **Name search**, for: **wright robin**, with the document types of: **oath**, between:
**1/1/1900** and **6/27/2012**

### Records found: 0

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ⟳ Refresh  \| | | |
| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
| No records to display. | | | | | | | | | | |

## Search Results

You searched under: **Name search**, for: **wright robin**, with the document types of: **bond**, between:
**1/1/1900** and **6/27/2012**

### Records found: 0

|  |  |  |  |  |  |  |  |  |  | ⟳ Refresh  |  |
| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
| No records to display. | | | | | | | | | |



## ROBIN ANNE WRIGHT

| | |
|---|---|
| Company: | Second Judicial District Court |
| Address: | 75 Court Street |
| | ~ |
| | Reno, NV 89501 |
| Phone Number: | 775-328-3100 |
| Fax number: | 775-325-6621 |
| Email: | robin.wright@washoecourts.us |
| Website: | No information provided |
| Admit Date: | 09/25/79 |
| Law School: | UCLA |
| Specialization: | None |
| Professional Liability Insurance: | No |

Current Member Status
**Attorney Active**

BAR NUMBER:
1372

# Exhibit P,Q

Copy of records from Clark County Recorders Office showing No oath or Bond
on file in the County that Kristin Schuler-Hintz is practicing in.

(2 page)

## Search Results

You searched under: **Name search**, for: **schulerhintz kristin**, with the document types of: **oath**, between:
**1/1/1900** and **6/27/2012**

### Records found: 0

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Refresh \| | | |
| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
| No records to display. | | | | | | | | | |

# Search Results

You searched under: **Name search**, for: **schulerhintz kristin**, with the document types of: **bond**, between:
**1/1/1900** and **6/27/2012**

### Records found: 0

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Refresh | | | |
| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
| No records to display. | | | | | | | | | |

# Exhibit R,S

Copy of records from Clark County Recorders Office showing No oath or Bond
on file in the County that Stephanie Cooper-Herdman is practicing in.

(2 page)

## Search Results

You searched under: **Name search**, for: **cooperherdman stephanie**, with the document types of: **oath**, between: **1/1/1900** and **6/27/2012**

### Records found: 0

|  |  |  |  |  |  |  |  |  | 🔄 Refresh |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| No records to display. | | | | | | | | | |

## Search Results

You searched under: **Name search**, for: **cooperherdman stephanie**, with the document types of: **bond**, between: **1/1/1900** and **6/27/2012**

### Records found: 0

↻ Refresh |

| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|------------|------------------|------------------------|--------------|---------------|----------|-------------|----------|---------|-------------|
| No records to display. | | | | | | | | | |

# Exhibit T,U

Copy of records from Clark County Recorders Office showing No oath or Bond
on file in the County that **Victoria Adams** is practicing in.

**Victoria Adams, NV Bar No. NON-EXISTANT**

(2 page)

Case 2:12-cv-00128-KJD -CWH   Document 59   Filed 06/28/12   Page 56 of 66

## Search Results

You searched under: **Name search**, for: **adams victoria**, with the document types of: **oath**, between: **1/1/1900** and **6/27/2012**

### Records found: 0

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ⟳ Refresh  \| | | |
| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |

No records to display.

## Search Results

You searched under: **Name search**, for: **adams victoria**, with the document types of: **bond**, between: **1/1/1900** and **6/27/2012**

### Records found: 0

                                                               Refresh  |

| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|

No records to display.

# Exhibit V,W

Copy of records from Clark County Recorders Office showing No oath or Bond
on file in the County that **Christopher Hunter** is practicing in.

(2 page)

## Search Results

You searched under: **Name search**, for: **hunter christopher**, with the document types of: **oath**, between:
**1/1/1900** and **6/27/2012**

### Records found: 0

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 🔄 Refresh  \|  📑 📑 | |
| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
| No records to display. | | | | | | | | | |

## Search Results

You searched under: **Name search**, for: **hunter christopher**, with the document types of: **bond**, between: **1/1/1900** and **6/27/2012**

### Records found: 0

🔄 Refresh  |  ▨  ▨

| Party Type | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| No records to display. | | | | | | | | | |

# Exhibit X, Y, Z, AA

Copy of records from Nevada Seretary of State's Office showing all results on file of all HSBC names.

No HSBC Bank listed with Nevada Seretary of State

No HSBC Bank USA, N.A., as trustee for the registered holders of Renaissance Equity Loan Asset-Backed Certificates listed with Nevada Seretary of State

No HSBC Bank, USA, N.A. listed with Nevada Seretary of State

(5 page)

Search Results 1 - 43 of 43 search results

| Entity Name | NV Business ID | Status | Type |
|---|---|---|---|
| HSBC AFFINITY CORPORATION I | NV19971194164 | Withdrawn | Foreign Corporation |
| HSBC AUTO ACCOUNTS INC. | NV19941115109 | Withdrawn | Foreign Corporation |
| HSBC AUTO CREDIT INC. | NV19971160692 | Withdrawn | Foreign Corporation |
| HSBC AUTO FINANCE INC. | NV19971133240 | Withdrawn | Foreign Corporation |
| HSBC AUTO RECEIVABLES CORPORATION | NV19981180410 | Active | Domestic Corporation |
| HSBC BUSINESS CREDIT (USA) INC. | NV19861073417 | Withdrawn | Foreign Corporation |
| HSBC CAPITAL LLC | NV20101816341 | Revoked | Domestic Limited-Liability Company |
| HSBC CAPITAL LLC | NV20101814741 | Default | Domestic Limited-Liability Company |
| HSBC CARD SERVICES (III) INC. | NV19881023915 | Active | Domestic Corporation |
| HSBC CARD SERVICES INC. | NV19961105069 | Active | Foreign Corporation |
| HSBC CARD SERVICES INC. | NV19921071322 | Withdrawn | Foreign Corporation |
| HSBC COLUMBIA FUNDING, LLC | | Expired | Reserved Name |
| HSBC FINANCE CORPORATION | NV20081463644 | Active | Foreign Corporation |
| HSBC FORECLOSURE NEVADA LTD | NV20111725842 | Active | Domestic Limited-Liability Company |
| HSBC FUNDING (USA) INC. VI | NV20041673420 | Withdrawn | Foreign Corporation |
| HSBC FUNDING (USA) INC. VII | NV20041673412 | Withdrawn | Foreign Corporation |
| HSBC FUNDING (USA) INC. VIII | NV20051341628 | Withdrawn | Foreign Close Corporation |
| HSBC FUNDING (USA) INC.V | NV20041673317 | Withdrawn | Foreign Corporation |
| HSBC HOME EQUITY LOAN CORPORATION I | NV20041407811 | Active | Foreign Corporation |
| HSBC HOME EQUITY LOAN CORPORATION II | NV19971194366 | Active | Foreign Corporation |
| HSBC INSURANCE AGENCY (USA) INC. | NV20011234774 | Active | Foreign Corporation |
| HSBC INTERNET PAYMENT SERVICES (USA) INC. | NV20031492504 | Withdrawn | Foreign Corporation |
| HSBC JADE FINANCING LIMITED PARTNERSHIP | | Expired | Reserved Name |
| HSBC JADE LIMITED PARTNERSHIP | NV20061127384 | Active | Domestic Limited Partnership |
| HSBC LOGAN HOLDINGS USA, LLC | | Expired | Reserved Name |
| HSBC MCKINLEY FINANCE, LLC | | Expired | Reserved Name |
| HSBC MORTGAGE CORPORATION (USA) | NV19971146558 | Active | Foreign Corporation |
| HSBC MORTGAGE FUNDING CORPORATION I | NV20051714077 | Withdrawn | Foreign Corporation |
| HSBC MORTGAGE SERVICES INC. | NV20031260686 | Active | Foreign Corporation |
| HSBC PAY SERVICES INC. | NV19861008896 | Active | Foreign Corporation |
| HSBC PROCESSING SERVICES (USA) INC. | NV20031512851 | Active | Foreign Corporation |
| HSBC RANIER INVESTMENTS, LLC | | Expired | Reserved Name |
| HSBC REALTY CREDIT CORPORATION (USA) | NV20011443564 | Active | Foreign Corporation |
| HSBC RECEIVABLES ACQUISITION COMPANY I | NV20001417032 | Withdrawn | Foreign Corporation |

| HSBC RECEIVABLES FUNDING INC. I | NV20001381628 | Withdrawn | Foreign Corporation |
|---|---|---|---|
| HSBC RECEIVABLES FUNDING INC. II | NV20061051965 | Active | Foreign Corporation |
| HSBC RETAIL SERVICES INC. | NV19731002822 | Withdrawn | Foreign Corporation |
| HSBC SINGLE SELLER DEPOSITOR (USA) LLC | NV20051027320 | Cancelled | Foreign Limited-Liability Company |
| HSBC TECHNOLOGY & SERVICES (USA) INC. | NV20031558673 | Active | Foreign Corporation |
| HSBC WHITNEY FINANCE, LLC | | Expired | Reserved Name |
| HARRAH'S BC CORPORATION | NV19931054432 | Dissolved | Domestic Corporation |
| HSB CAPITAL CORP. | | Expired | Reserved Name |
| MARINE MIDLAND HSBC FINANCIAL, INC. | NV20071733060 | Active | Domestic Corporation |
| 1 | | | |

Case 2:12-cv-00128-KJD -CWH    Document 59    Filed 06/28/12    Page 64 of 66

**Nevada Business Search**

* Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses

**Search by**

☐ **Include phonetic matches**

**Sort by** ⬤ descending ○ ascending order

**Search Tips**

No results for entity name search on "HSBC Bank"

## Nevada Business Search
*Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses*

**Search by**

☐ Include phonetic matches

**Sort by** ◉ descending ○ ascending order

**Search Tips**

No results for entity name search on "HSBC Bank USA N.A., as Trustee for the registered holders of renaissance equity loan asset-backed certificates, series 2007-3"

## Nevada Business Search

\* Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses

**Search by**

☐ **Include phonetic matches**

**Sort by** ⊛ descending ◌ ascending order

**Search Tips**

No results for entity name search on "HSBC Bank USA, N.A."