AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Dennis Scarberry

Plaintiff,

v.

Ocwen Loan Servicing Company, LLC, et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00128-KJD -CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is hereby entered for Defendants Mortgage Electronic Registration Systems; Wells Fargo Bank, NA.; LSI Title Agency Inc.; HSBC Bank USA, N.A.; OCWEN Loan Servicing Company, LLC; and Western Progressive, LLC and against Plaintiff Dennis Scarberry.

June 29, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk