AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Dennis Scarberry

Plaintiff,

V.

Cal-Western Reconveyance Corp.

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00128-KJD -CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Defendant Cal-Western Reconveyance Corporation and against Plaintiff Dennis Scarberry.

| | |
|---|---|
| July 2, 2012 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |