1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9
10

| DENNIS E. SCARBERRY, | Case No.:  2:12-cv-00128-KJD-CWH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION TO EXPUNGE LIS PENDENS** |
| FIDELITY MORTGAGE OF NEW YORK, a Division of Delta Funding Corp.; OCWEN LOAN SERVICING COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (herein MERS); WESTERN PROGRESSIVE, LLC; HSBC BANK USA, N.A.; CAL-WESTERN RECONVEYANCE CORP.; WELLS FARGO BANK, NA; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION; LSI TITLE AGENCY INC, and DOES 1-50, inclusive. | |
| Defendants. | |

Defendants, Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc., by and through their attorneys of record, ROBIN PREMA WRIGHT, ESQ. and DONNA M. OSBORN, ESQ. of the law firm of WRIGHT, FINLAY & ZAK, LLP move to Expunge the Lis Pendens (and Notice of Lis Pendens) in this matter as the Complaint on which it is based was dismissed, and Defendants' Motion to Expunge Lis Pendens was granted pursuant to the Order

1    filed on June 29, 2012 (Docket No. 60), the Court being fully advised in the premises, and good

2    cause appearing therefore,

3        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the Notice of Pendency

4    of Action or Lis Pendens recorded by the Plaintiff on December 15, 2011 in the Official

5    Records of Clark County, Nevada bearing Document # 201112150000389 relating to this

6    action and the real property that is the subject of this action located at 3005 Milton Place, North

7    Las Vegas, Nevada 89030; APN: 139-08-112-021, and legally described as:

8

9        LOT SIXTY THREE (63) IN BLOCK TWO (2) OF CASA LINDA UNIT 12A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 49 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

10    is hereby cancelled, and this cancellation shall have the effect of an expungement of it pursuant

11    to NRS 14.015 and it shall have from this day forward have no force or effect.

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS

2    14.015(5), the Plaintiff shall record a copy of this Order (or other appropriate notice)

3    cancelling the Notice of Pendency of Action or Lis Pendens with the Clark County Recorder's

4    Office within five business days of its entry, and if there is a failure to do so, any party may

5    record a copy of this Order.

6

7    DATED this 3rd day of July, 2012.

8

9    _____
     UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28